# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GREER; AND, GHIZLANE GREER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>PATIENT ACCOUNTING SERVICE CENTER, LLC dba ARSTRAT,<br><br>Defendant. | Case No.: LA CV14-7825 JAK (Ex)<br><br>**ORDER GRANTING JOINT STIPULTION RE: DISMISSAL**<br><br>HON. JOHN A. KRONSTADT<br><br>**JS-6** |

Based upon the Parties' Joint Stipulation, and good cause, the Court hereby Orders Plaintiff dismissed with prejudice; and, the putative class members dismissed without prejudice. Each party shall bear their own costs.

**IT IS SO ORDERED.**

Dated: June 23, 2015                    _____
                                         HON. JOHN A. KRONSTADT
                                         UNITED STATES DISTRICT COURT JUDGE